**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

(Fla. Cir. Ct. Case No. 2015-008918-CA-01)

CUTHBERT HAREWOOD

      Plaintiff,

v.

MIAMI-DADE COUNTY, a political
Subdivision of the State of Florida and
JOHN ALEXANDER, a resident of the State
of Florida,

      Defendants.

---

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Miami-Dade County (the "County") files this Notice of Removal and removes this action to the United States District Court for the Southern District of Florida, based on the facts set forth below:

1.      Plaintiff Cuthbert Harewood ("Plaintiff") instituted this action against the County on or about April 20, 2015. Thereafter, Plaintiff filed an Amended Complaint on or about May 2, 2015, which has been the controlling pleading through and until May 19, 2016. Plaintiff's Amended Complaint contained two state law claims against the County. The County answered the Amended Complaint on or about June 19, 2015 and the parties have been engaged in discovery to date.

2.      Plaintiff filed a Second Amended Complaint on May 19, 2016 (the "Complaint") which contains claims brought pursuant to 42 U.S.C. § 1983, alleging that Plaintiff was deprived of his rights under the Fourth and First Amendments of the Constitution of the United States.

*See* Compl. ¶¶ 44, 67, 70, 106, 107, 130, 131, 150, 151.  This Court has original jurisdiction over these claims pursuant to 28 U.S.C. § 1331.  The Complaint also raises state-law claims, over which this court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.  The action is therefore removable pursuant to 28 U.S.C. § 1441(a).

3.      The Complaint also adds a defendant, Miami-Dade County Police Officer John Alexander, who has not been served to date.  The allegations against Ofc. Alexander are all federal claims pursuant to 42 U.S.C. § 1983.  This Court has original jurisdiction over these claims pursuant to 28 U.S.C. § 1331.

4.      Venue is proper in this District and Division because the alleged actions took place within Miami-Dade County, Florida.

5.      Copies of the summons served on the County, the Complaint, and all relevant state court filings are attached collectively as Exhibit "A."

6.      Written notice of the removal of this action is being provided to Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the State Court.

WHEREFORE, the County respectfully requests that this Court accept and retain removal jurisdiction over this action.

Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128

By:   */s/ Jennifer L. Hochstadt*
     Jennifer L. Hochstadt
     Assistant County Attorney
     Florida Bar No. 56035
     Telephone: (305) 375-5151
     Facsimile: (305) 375-5611
     E-mail:  Hochsta@miamidade.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2016, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served

this day on all counsel of record identified on the attached Service List via e-mail.

/s/ *Jennifer L. Hochstadt*
Jennifer L. Hochstadt
Assistant County Attorney

## SERVICE LIST

Hilton Napoleon, II, Esq.
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
e-mail: hnapoleon@rascoklock.com
*Served via e-mail*