ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

## CUTHBERT HAREWOOD VS MIAMI DADE COUNTY ET AL

**Local Case Number:** 2015-008918-CA-01

**Filing Date:** 04/20/2015

**State Case Number:** 132015CA008918000001

**Case Type:** Other Civil Complaint

**Consolidated Case No.:** N/A

**Judicial Section:** CA02

**Case Status:** OPEN

### 👥 Parties
**Number of Parties: 3** ➕

### 🔨 Hearing Details
**Number of Hearing: 0** ➕

### 🔊 Dockets
**Dockets Retrieved: 17** ➖

| | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 📄 | 03/17/2016 | | Order for Substitution of Counsel | Event | **GRANTED** *Parties: Napoleon Hilton II; Harewood Cuthbert* |
| 📄 | 03/16/2016 | | Notice of Appearance | Event | |
| 📄 | 03/11/2016 | | Notice of Interrogatory | Event | |
| 📄 | 02/01/2016 | | Response to Request for Production | Event | |
| 📄 | 12/25/2015 | | Notice of Answer to Interrogatories | Event | |
| 📄 | 11/03/2015 | | Notice of Appearance | Event | *Parties: Miami Dade County* |
| 📄 | 06/19/2015 | | Request for Production | Event | |
| 📄 | 06/19/2015 | | Notice of Interrogatory | Event | |
| 📄 | 06/19/2015 | | Answer | Event | *Parties: Miami Dade County* |
| 📄 | 05/29/2015 | | Service Returned | Event | *Parties: Miami Dade County* |
| | 05/20/2015 | | 20 Day Summons Issued | Service | |
| | 05/20/2015 | | 20 Day Summons Issued | Event | *Parties: Miami Dade County; Alexander John* |
| | 05/20/2015 | | Receipt: | Event | **RECEIPT#:2230036 AMT PAID:$20.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 2 $10.00 $20.00 TENDER TYPE:CASH TENDER AMT:$20.00 RECEIPT DATE:05/20/2015 REGISTER#:223 CASHIER:CASSEUS** |

| | 05/02/2015 | Amended Complaint | Event | |
|---|---|---|---|---|
| | 04/21/2015 | Receipt: | Event | **RECEIPT#:3800119 AMT PAID:$401.00 NAME:N A ZEPNICK (ESQ) 19801 E COUNTRY CLUB DR AVENTURA FL 33180 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DA** |
| | 04/20/2015 | Complaint | Event | |
| | 04/20/2015 | Civil Cover | Event | |

◀◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Online Case Home (default.aspx) |

Family Court Information (http://www.miami-dadeclerk.com/families_court.asp) |

Probate Court Information (http://www.miami-dadeclerk.com/families_probate.asp) |

Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E) |

Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx) |

Home (http://www.miami-dadeclerk.com/home.asp) |

Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp) |

Disclaimer (http://www.miamidade.gov/info/disclaimer.asp) |

Contact Us (http://www.miami-dadeclerk.com/contact.asp) |

About Us (http://www.miami-dadeclerk.com/about.asp) |

(http://www.miamidade.gov)

2015 Clerk of the Courts. All Rights reserved.

S0142977

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075.

### I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Cuthbert Harewood</u>
Plaintiff
               vs.
<u>Miami Dade County, john alexander</u>
Defendant

### II.   TYPE OF CASE

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability – commercial
   ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more
   ☐ Homestead residential foreclosure $0 – 50,000
   ☐ Homestead residential foreclosure $50,001 - $249,999
   ☐ Homestead residential foreclosure $250,000 or more
   ☐ Non-homestead residential foreclosure $0 - $50,000
   ☐ Non-homestead residential foreclosure $50,001 - $249,999
   ☐ Non-homestead residential foreclosure $250,00 or more
   ☐ Other real property actions $0 - $50,000

☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
   ☐ Malpractice – business
   ☐ Malpractice – medical
   ☐ Malpractice – other professional
☒ Other
   ☐ Antitrust/Trade Regulation
   ☐ Business Transaction
   ☒ Circuit Civil - Not Applicable
   ☐ Constitutional challenge-statute or ordinance
   ☐ Constitutional challenge-proposed amendment
   ☐ Corporate Trusts
   ☐ Discrimination-employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.**  **REMEDIES SOUGHT** (check all that apply):

☒  Monetary;
☐  Non-monetary
☐  Non-monetary declaratory or injunctive relief;
☐  Punitive

**IV.**  **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

3

**V.**  **IS THIS CASE A CLASS ACTION LAWSUIT?**

☐  Yes
☒  No

**VI.**  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

**VII.**  **IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒  Yes
☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Jon Zepnick      FL Bar No.: 586951
          Attorney or party                                    (Bar number, if attorney)

Jon Zepnick    04/20/2015
          (Type or print name)                                Date

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

CUTHBERT HAREWOOD

                Plaintiff,                    CASE NO.:

v.

MIAMI DADE COUNTY,
A Political Subdivision of the
State of Florida, and Police Officer
JOHN ALEXANDER, in his Individual
Capacity,

                Defendants.

_____/

## COMPLAINT

Plaintiff, CUTHBERT HAREWOOD, by and through undersigned counsel, complains

of the Defendants, MIAMI DADE COUNTY and POLICE OFFICER JOHN

ALEXANDER and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action brought for damages in excess of $15,000.00.

2. That on July 20, 2013 and at all times hereinafter mentioned, Plaintiff CUTHBERT

   HAREWOOD was and is a resident of Miami-Dade County, Florida.

3. That at all times material hereto, the Defendant MIAMI DADE COUNTY was and

   is a political subdivision of the State of Florida, body politic, duly existing by virtue

   of the laws of the State of Florida, with the power and authority to carry out

   municipal functions, including the operation of a police department known as the

   Miami Dade County Police Department.



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

CUTHBERT HAREWOOD

                Plaintiff,                      CASE NO.: 2015-008918 CA 01

v.

MIAMI DADE COUNTY,
A Political Subdivision of the
State of Florida,

                Defendants.

_____/

## AMENDED COMPLAINT

    Plaintiff, CUTHBERT HAREWOOD, by and through undersigned counsel, complains

of the Defendants, MIAMI DADE COUNTY and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action brought for damages in excess of $15,000.00.

2. That on July 20, 2013 and at all times hereinafter mentioned, Plaintiff CUTHBERT

    HAREWOOD was and is a resident of Miami-Dade County, Florida.

3. That at all times material hereto, the Defendant MIAMI DADE COUNTY was and

    is a political subdivision of the State of Florida, body politic, duly existing by virtue

    of the laws of the State of Florida, with the power and authority to carry out

    municipal functions, including the operation of a police department known as the

    Miami Dade County Police Department.

4. Jurisdiction and venue for the instant action is proper as the Defendant resides and/or do business in Miami-Dade County, Florida and the acts complained of occurred in Miami Dade County, Florida.

5. At all times material hereto, the Plaintiff has fully complied with the provisions and conditions precedent to bringing this action including but not limited to Fl. Stat. 768.28 and in particular, presented a written Notice of Claim to Miami Dade County and to the Florida Department of Financial Services. More than six months have elapsed since presentation of the notice, and said claim remains unadjusted.

6. That on July 20, 2013 and at all times material hereto, the acts of MIAMI DADE COUNTY were **operational** in nature.

### FACTS

7. On July 20, 2013, Miami Dade County Police Officer John Alexander conducted a traffic stop relating to the Plaintiff's vehicle which he had recently purchased.

8. As Plaintiff was at or near his driver's side door, Officer Alexander commanded the Plaintiff to step away from his vehicle.

9. The Plaintiff complied with the officer's commands advised the officer that he owned the vehicle and was waiting for his wife. Plaintiff complied with the officer's commands and proceeded to step away from the vehicle at which point Officer Alexander deployed his taser on the Plaintiff, despite having less excessive means available to him to detain and/or continue his questioning of the Plaintiff during a traffic stop.

10. As a result of the tasing, Plaintiff was hospitalized and suffered permanent injuries.

11. Plaintiff was also arrested, charged with battery on a law enforcement officer and resisting arrest without violence. All charges were dropped.

### COUNT I-BATTERY (Excessive Force) MIAMI DADE COUNTY

12. Plaintiff adopts, realleges, reaffirms and incorporates by reference paragraphs 1-11 of his Complaint as if fully set forth herein.

13. At all times material hereto, Police Office Alexander was acting within the course and scope of his employment with MIAMI DADE COUNTY and in furtherance of their interests, but was **not** acting in bad faith, with malicious purpose or in a manner exhibiting wanton and willful disregard for human rights, safety or property.

14. At all times material hereto, the Defendant MIAMI DADE COUNTY their agents, servants and/or employees including but not limited to Police Officer Alexander intended to cause bodily harm/offensive contact to CUTHBERT HAREWOOD, who suffered a harmful/offensive contact and aggravation of pre existing injury.

15. At all times material hereto, CUTHBERT HAREWOOD did not consent to such bodily harm/offensive contact.

**WHEREFORE**, Plaintiff CUTHBERT HAREWOOD demands judgment in Count I of his Complaint for damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS together plus costs, interest and for such other and further relief this Court may deem just and proper.

## COUNT II- FALSE ARREST

16. Plaintiff repeats, adopts, realleges and incorporates by reference paragraphs 1-11 of his Complaint as if fully set forth herein.

17. On July 20, 2013, MIAMI DADE COUNTY, caused the Plaintiff to be unlawfully restrained against his will.

18. At all times material hereto, Police Officer John Alexander was acting within the course and scope of his employment with MIAMI DADE COUNTY and in furtherance of their interests.

19. On July 20, 2013 and at all times material hereto, Police Officer Alexander did not have probable cause **at the time of the arrest** to arrest the Plaintiff on the charges of battery on a law enforcement officer and resisting arrest without violence.

20. As a direct result of the false arrest, Plaintiff suffered damages including but not limited to physical injury, mental anguish, loss of earnings in the past.

**WHEREFORE,** Plaintiff demands judgment against this Defendant in Count II of his Complaint for damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS together plus costs, interest and for such other and further relief this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff CUTHBERT HAREWOOD demands trial by jury on all issues so triable.

Dated: May 2, 2015

**JON A. ZEPNICK, PA.**
Attorney for Plaintiff
1138 Lincoln Street
Hollywood FL 33019
(954) 589-1710
(954) 589-1004-Fax
Email: makethecall03@aol.com

By: *Jon A. Zepnick*
   **Fla Bar No.: 0586951**

## VERIFIED RETURN OF SERVICE

**State of Florida**                    **County of Miami-Dade**                    **The 11th Judicial Circuit Court**

Case Number: 15-8918 CA01

Plaintiff:
**CUTHBERT HAREWOOD**

vs.

Defendant:
**MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER**

For:
Jon A. Zepnick, Esq.
JON A. ZEPNICK, P.A.
1138 Lincoln Street
Hollywood, FL 33019

Received by Metro Process Service, Inc. on the 20th day of May, 2015 at 9:00 am to be served on **MIAMI DADE COUNTY,**
**111 N.W. 1ST STREET, SUITE 2340, MIAMI, FL 33128.**

I, Jesus Guerra, do hereby affirm that on the **21st day of May, 2015** at **2:05 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons and Amended Complaint (Demand for Jury**
**Trial)** with the date and hour of service endorsed thereon by me, to: **ALEX LEON as COURT LIAISON for MIAMI DADE**
**COUNTY,** and informed said person of the contents therein, in compliance with FL Statute 48.111.

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial
circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

Jesus Guerra
C.P.S #935

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL 33130
(305) 374-7387
Our Job Serial Number: MPS-2015001996

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

1519960

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION**

CUTHBERT HAREWOOD,

        Plaintiff

v.

MIAMI DADE COUNTY and
POLICE OFFICER
JOHN ALEXANDER,

        Defendants

_____/

CASE NO.: 2015 - 00 8918 CA01
Fl. Bar #: 0586951

### SUMMONS

TO THE STATE OF FLORIDA
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

YOU ARE HEREBY COMMANDED to serve this Summons and Complaint upon:
        Miami Dade County
        111 NW 1ST Street Suite 2340
        Miami FL 33128

Each Defendant is hereby required to serve written defenses to said Complaint or Petition
on Plaintiff's Attorney, whose name and address is:
        JON A. ZEPNICK, P.A.
        1138 Lincoln Street
        Hollywood FL 33019
        (954) 589-1710
        (954) 589-1004-Fax

Within twenty (20) days after service of this summons upon that Defendant, exclusive of
the day of service and to file the original of said written defenses with the Clerk of said
Court either before service on Plaintiff's attorney or immediately thereafter. If a
defendant fails to do so, a default will be entered against that Defendant for the relief
demanded in the Complaint or Petition.     MAY 20 2015

Witness my hand and the seal of this Court on _____, 2015

        Harvey Ruvin, Clerk of Court

(COURT SEAL)         By:_____

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CUTHBERT HAREWOOD,                           GENERAL JURISDICTION DIVISION

Plaintiff(s),                    CASE NO. 2015-008918 CA 01

v.

MIAMI DADE COUNTY and POLICE
OFFICER JOHN ALEXANDER,

Defendant(s).

## MIAMI DADE COUNTY'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant MIAMI DADE COUNTY, by and through undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.140, answers Plaintiff's Complaint as follows:

1.  Defendant admits each and every allegation contained in Paragraphs 3, 13, and 18 of the Complaint.

2.  Defendant is without knowledge as to each and every allegation contained in Paragraphs 2, 4, 8, and 15 of the Complaint.

3.  Defendant denies each and every allegation in Paragraphs 5, 6, 7, 9, 10, 14, 17, 19, and 20 of the Complaint.

4.  Defendant specifically denies that Plaintiff has complied with all conditions precedent to bringing this action, in that prior to filing this action, he failed to comply with Section 768.28, Florida Statutes, and Section 2-2, Code of Miami-Dade County.

5.  Defendant denies each and every allegation of the Complaint not otherwise herein responded to.

## DEFENSES

1.   Defendant Miami-Dade County specifically denies that the Plaintiff has complied with all requirements and conditions precedent to bringing this action in he has failed to comply with the presentation of claim requirements of Florida Statute Section 768.28 (6).

2.   Plaintiff's claims are barred by section 768.36 of the Florida Statutes because, at the time of the alleged incident, Plaintiff was under the influence of an alcoholic beverage or drug such that his normal faculties were impaired and, as a result of the influence of such alcoholic beverage or drug, Plaintiff was more than 50 percent at fault for his own harm.

3.   The Plaintiff's claims are barred by Florida Statute Section 776.085 because Plaintiff sustained his alleged injury and damage during the commission or attempted commission of a forcible felony.

4.   There is insufficiency of process and insufficiency of service of process pursuant to Florida Statue Section 48.111.

5.   Defendant is immune as a sovereign for the acts or omissions complained of.

6.   The injuries and damages claimed by the Plaintiff were caused by the negligence of the Plaintiff thereby reducing or barring Plaintiff's damages under the doctrine of comparative negligence.

7. Defendant MIAMI-DADE COUNTY is entitled to a set-off from any recovery against it to the extent that the value of all benefits received by or paid on behalf of the Plaintiff from any collateral source.

8. Defendant's police officers were privileged as law enforcement officers to use reasonable force on Plaintiff, and any such force used was reasonable and privileged.

9. Defendant's use of force was privileged in that it was reasonable and in self-defense.

10. Defendant Miami-Dade County had probable cause to arrest Plaintiff.

11. Defendant Miami-Dade County had reasonable suspicion to detain Plaintiff.

WHEREFORE MIAMI DADE COUNTY respectfully requests trial by jury on all issues so triable, and that judgment be entered in favor of MIAMI DADE COUNTY, and for such other relief as this Court deems just.

## DESIGNATION OF E-MAIL ADDRESSES

Pursuant to Florida Rule of Judicial Administration 2.516, undersigned counsel hereby designates her primary and secondary e-mail addresses for purposes of e-mail service as follows:

Primary e-mail address: **walters@miamidade.gov**

Secondary e-mail address: **BJACOBS@miamidade.gov**

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: */S/Rachel CG Walters*
    Rachel CG Walters
    Assistant County Attorney
    Florida Bar Number 817481
    Telephone:  (305) 375-5151
    Fax:       (305) 375-5634
    Email:    walters@miamidade.gov
              BJACOBS@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by

E-MAIL generated by the Florida Courts E-Filing Portal on **June 19, 2015** upon: Jon A.

Zepnick, Esquire, Jon A. Zepnick, PA, 1138 Lincoln Street, Hollywood, FL 33019.

                    */s/Rachel CG Walters*
                    Assistant County Attorney

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CUTHBERT HAREWOOD,                           GENERAL JURISDICTION DIVISION

                    Plaintiff(s),             CASE NO. 2015-008918 CA 01

v.

MIAMI DADE COUNTY and POLICE
OFFICER JOHN ALEXANDER,

                    Defendant(s).

## MIAMI DADE COUNTY CERTIFICATE OF SERVING
## POLICE INTERROGATORIES TO PLAINTIFF

Undersigned counsel for MIAMI-DADE COUNTY, pursuant to Florida Rule of Civil

Procedure 1.340, hereby certifies that interrogatories have been propounded to

Plaintiff and served by e-mail generated by the Florida Courts E-Filing Portal on **June 3,**

**2015** with a copy of this certificate on: Jon A. Zepnick, Esquire, Jon A. Zepnick, PA, 1138

Lincoln Street, Hollywood, FL 33019.

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Miami Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: /s/Rachel CG Walters
     Rachel CG Walters
     Assistant County Attorney
     Florida Bar Number 817481
     Telephone:    (305) 375-5151
     Fax:          (305) 375-5634
     Email:        walters@miamidade.gov
                   BJACOBS@miamidade.gov

*CUTHBERT HAREWOOD V. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

## DEFINITIONS

**(a).** The words "you," "yours" and/or "yourselves" mean Plaintiff and any directors, officers, employees, agents, representatives or other persona acting, or purporting to act, on the behalf of Plaintiff.

**(b).** The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation."

**(c).** "Date" shall mean the exact date, month, and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

**(d).** The word "document" shall mean any writing, recording, electronically stored information, or photograph in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, video tapes or tape recordings.

**(e).** "Electronically Stored Information" (ESI) is any information created, stored, or best utilized with computer technology of any type. It includes but is not limited to data; word-processing documents; spreadsheets; presentation documents; graphics; animations; images; e-mail and instant messages (including attachments); audio, video, and audiovisual recordings; voicemail stored on databases; networks; computers and computer systems; servers; archives; backup or disaster recovery

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE 305.375.5151

systems; discs, CDs, diskettes, drives, tapes, cartridges and other storage media; printers; the Internet; personal digital assistants; handheld wireless devices; cellular telephones; pagers; fax machines; and voicemail systems.

**(f).** "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor, or any other person acting at the direction of or on the behalf of another.

**(g).** "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association, or any other entity.

**(h).** The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

**(i).** The terms "third party" or "third parties" refers to individuals or entities that are not a party to this action.

**(j).** The term "action" shall mean the present case.

**(k).** The word "identify," when used in reference to a document or electronically stored information, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the document, including (1) the type of document (e.g., letter or memorandum), and, if electronically stored information, the software application used to create it (e.g., MS Word or MS Excel); (2) the general subject matter of the document; (3) the date of the

document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

**(l).**     The word "survivor" means the decedent's spouse, children, parents, and when partly or wholly dependent on the decedent for support or services, any blood relatives and adoptive brothers and sisters. It includes the child born out of wedlock of a mother, but not the child born out of wedlock of the father unless the father has recognized a responsibility for the child's support.

**(m).**     "Minor children" means children under 25 years of age.

**(n).**     "Support" includes contributions in kind as well as money.

**(o).**     "Services" means task, usually of a household nature, regularly performed by the decedent that will be a necessary expense to the survivors of the decedent.

**(p).**     "Net accumulations" means the part of the decedent's expected net business or salary income, including pension benefits, that the decedent probably would have retained as savings and left as part of his or her estate if the decedent had lived his or her normal life expectancy. "Net business or salary income" is the part of the decedent's probable gross income after taxes, excluding income from investments continuing beyond death, that remains after deducting the decedent's personal expenses and support of survivors, excluding contributions in kind.

## INSTRUCTIONS

Each interrogatory shall be answered separately and fully in writing under oath unless objected to, in which event the objection shall be stated by the attorney making

it. All answers and any objections shall be served within 30 days after service of the interrogatories.

If you respond to an interrogatory by producing records in accordance with Rule 1.340 (c), you must provide sufficient detail to allow us to locate and identify the records from which the answer may be derived, or identify a person who will be available to assist us in locating and identifying those records when they are produced. If the records are available electronically, we request that they be produced in native format.

If you object to fully identifying a document or oral communication because of a privilege, you must nevertheless provide the following information pursuant to Florida Rule 1.280, unless divulging the information would disclose the privileged information:

    **(a).**    the nature of the privilege claimed (including work product);

    **(b).**    if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

    **(c).**    the date of the document or oral communication;

    **(d).**    if a document: its type (e.g., letter or memorandum) and, if electronically stored information, the software application used to create it (e.g., MS Word or MS Excel), and the custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or production request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

**(e).**   if an oral communication: the place where it was made, the names or the

persons present while it was made, and, if not apparent, the relationship of the persons

present to the declarant; and

**(f).**   the general subject matter of the document or oral communication.

## INTERROGATORIES

1.   What is the name, and address and date of birth of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.   List the names, business addresses, dates of employment and rates of pay regarding all employers, including self-employment, for whom you have worked in the past ten years.

3.   List all former names and when you were known by those names. State all addresses where you have lived for the past ten years, the dates you lived at each address, your social security number, your date of birth, and the name of your spouse. If this is not your first marriage, please provide the name, last known address and telephone number of all prior spouses, the date and County in which each marriage occurred, and the date, County in which, and way in which each prior marriage ended.

4.   Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction, the specific crime, the date and the place of conviction.

5.   Have you or any member of your family ever been arrested? If yes, please state the person's full name, the date of arrest, the charges, and the arresting agency.

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE 305.375.5151

6.  Did you personally observe the sued-upon incident? If so, please describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

7.  Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence, false arrest, malicious prosecution, false imprisonment, or battery that was a contributing legal cause of the damages you allege.

8.  Describe each element of damage you are claiming in this case, specifying how your have sustained that damage, for how long, and whether that damage is permanent.

9.  Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, the name and business street address (not post office box number) of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

10. List the names and business address of all physicians, medical facilities or other health care providers by whom or at which you have been examined or treated in the past ten years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

11. List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

12. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, state the name and address of each person who heard it, and the date, time, place and substance of each statement.

13. State the name and address of every person known to you, your agents, or attorneys, who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, video tape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

14. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

15. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

16. Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter and if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE 305.375.5151

## MEDICARE INTERROGATORIES

17.   Are you presently receiving, or have you at any time since the date of the subject incident received, Medicare, Medicaid, Social Security Disability ("SSD") and/or Supplemental Security Income ("SSI") benefits? If yes, please state your Medicare Health Insurance Claim Number (HICN) and any other applicable claim or matter reference number(s), as well as the corresponding entitlement date(s).

18.   If your answer to Question 1 above is yes, please state: (a) the nature/type of benefits received (i.e., Medicare Part A, Medicare Part B, Medicare Part C, Medicare Part D, Medicaid, SSD, and/or SSI); (b) the cause, basis or reason for each/any of those benefits; (c) the date(s) each/any of those benefits were received; (d) the amount received for each/any of those benefits, per date; and (e) your current status as a Medicare, Medicaid, Social Security Disability, and/or Supplemental Security Income recipient.

19.   If not currently receiving SSD/SSI, has a claim or request for hearing for SSD/SSI benefits been filed? If yes, please list all date(s) of application and date of last denial.

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE 305.375.5151

*CUTHBERT HAREWOOD V. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

**Before me on this day personally appeared _____ who, being duly sworn, states that foregoing answers are true and correct.**

Dated: _____          _____
                                                    **Signature of**

Sworn to (or affirmed) and subscribed before me this ___ day of _____, ____, by Jon A. Zepnick.

                                        _____
                                        Notary Public

Personally known ____ OR Produced Identification ___.

Type of Identification Produced: _____

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE 305.375.5151

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CUTHBERT HAREWOOD,

GENERAL JURISDICTION DIVISION

Plaintiff(s),

CASE NO. 2015-008918 CA 01

v.

MIAMI DADE COUNTY and POLICE
OFFICER JOHN ALEXANDER,

Defendant(s).

## MIAMI DADE COUNTY'S REQUEST TO PRODUCE TO PLAINTIFF

Defendant MIAMI-DADE COUNTY, by and through undersigned counsel, and
pursuant to Florida Rule of Civil Procedure 1.350, hereby requests the Plaintiff to
produce and permit the Defendant to inspect and copy at the offices of the County
Attorney, Suite 2810, 111 Northwest First Street, Miami, Florida 33128-1993, all of the
documents and tangible things listed below and within the Plaintiff's custody or control;
and to respond in writing within thirty (30) days after service to said requests. If any
item is not in Plaintiff's immediate possession, but is within Plaintiff's control, such as
medical records or income tax returns, you are hereby requested to take any and all
steps necessary to obtain possession of such items.

### DEFINITIONS

(a). The words "you," "yours" and/or "yourselves" mean Plaintiff and any
directors, officers, employees, agents, representatives or other persona acting, or
purporting to act, on the behalf of Plaintiff.

Case 1:16-cv-21874-KMM   Document 1-2   Entered on FLSD Docket 05/24/2016   Page 34 of 67
*CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

**(b).** The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation."

**(c).** "Date" shall mean the exact date, month, and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

**(d).** The word "document" shall mean any writing, recording, electronically stored information, or photograph in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, video tapes or tape recordings.

**(e).** "Electronically Stored Information" (ESI) is any information created, stored, or best utilized with computer technology of any type. It includes but is not limited to data; word-processing documents; spreadsheets; presentation documents; graphics; animations; images; e-mail and instant messages (including attachments); audio, video, and audiovisual recordings; voicemail stored on databases; networks; computers and computer systems; servers; archives; backup or disaster recovery systems; discs, CDs, diskettes, drives, tapes, cartridges and other storage media; printers; the Internet; personal digital assistants; handheld wireless devices; cellular telephones; pagers; fax machines; and voicemail systems.

Case 1:16-cv-21874-KMM Document 1-2 Entered on FLSD Docket 05/24/2016 Page 35 of 67
CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER
Case No. 2015-008918 CA 01

(f). "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor, or any other person acting at the direction of or on the behalf of another.

(g). "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association, or any other entity.

(h). The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

(i). The terms "third party" or "third parties" refers to individuals or entities that are not a party to this action.

(j). The term "action" shall mean the present case.

(k). The word "identify," when used in reference to a document or electronically stored information, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the document, including (1) the type of document (e.g., letter or memorandum), and, if electronically stored information, the software application used to create it (e.g., MS Word or MS Excel); (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

(l). The word "survivor" means the decedent's spouse, children, parents, and when partly or wholly dependent on the decedent for support or services, any blood

Case 1:16-cv-21874-KMM  Document 1-2  Entered on FLSD Docket 05/24/2016  Page 36 of 67
CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER
Case No. 2015-008918 CA 01

relatives and adoptive brothers and sisters. It includes the child born out of wedlock of a mother, but not the child born out of wedlock of the father unless the father has recognized a responsibility for the child's support.

   **(m).**    "Minor children" means children under 25 years of age.

   **(n).**    "Support" includes contributions in kind as well as money.

   **(o).**    "Services" means task, usually of a household nature, regularly performed by the decedent that will be a necessary expense to the survivors of the decedent.

   **(p).**    "Net accumulations" means the part of the decedent's expected net business or salary income, including pension benefits, that the decedent probably would have retained as savings and left as part of his or her estate if the decedent had lived his or her normal life expectancy. "Net business or salary income" is the part of the decedent's probable gross income after taxes, excluding income from investments continuing beyond death, that remains after deducting the decedent's personal expenses and support of survivors, excluding contributions in kind.

## INSTRUCTIONS

**All documents and things that are electronically stored information must be produced in native format. For example, all photographs must be produced as digital files, not prints.**

If you object to fully identifying a document or oral communication because of a privilege, you must nevertheless provide the following information pursuant to Florida Rule 1.280, unless divulging the information would disclose the privileged information:

Page 4 of 16

Case 1:16-cv-21874-KMM   Document 1-2   Entered on FLSD Docket 05/24/2016   Page 37 of 67
*CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

**(a).**     the nature of the privilege claimed (including work product);

**(b).**     if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

**(c).**     the date of the document or oral communication;

**(d).**     if a document: its type (e.g., letter or memorandum) and, if electronically stored information, the software application used to create it (e.g., MS Word or MS Excel), and the custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or production request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

**(e).**     if an oral communication: the place where it was made, the names or the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

**(f).**     the general subject matter of the document or oral communication.

## DOCUMENT AND TANGIBLE ITEM REQUESTS

1.     Income tax returns and related documents for the Plaintiff for the three years prior to the incident to the present, as well as copies of W-2 forms or any other evidence of income for each of said years. If there are returns requested which you do not have in your immediate possession or custody, please fill out and sign the enclosed release and return it in response to this request.

Case 1:16-cv-21874-KMM   Document 1-2   Entered on FLSD Docket 05/24/2016   Page 38 of 67
*CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

2.     All medical records and/or hospital records and related documents pertaining to the Plaintiff, to the extent they pertain to any and all injuries or damages you allege were caused by the incident giving rise to this lawsuit, or pertaining to any treatment described in your answers to interrogatories. If there are medical records and documents requested which you do not have in your immediate possession or custody, please fill out and sign the enclosed medical records release and return it in response to this request.

3.     All x-rays, cat scans, MRIs, EKGs, EEGs and/or other scans of the Plaintiff, to the extent they pertain to any and all injuries or damages you allege were caused by the incident giving rise to this lawsuit, or pertaining to any treatment described in your answers to interrogatories. If there are x-rays or scans requested which you do not have in your immediate possession or custody, please fill out and sign the enclosed medical records release and return it in response to this request..

4.     All medical bills and/or statements and related documents for services rendered to the Plaintiff, paid or unpaid, as an alleged result of the incident giving rise to this suit, including any bills for drugs or other related expenses.

5.     All bills, statements, or receipts relating to any expenses claimed as damages in this lawsuit which have not been produced in response to any of the preceding paragraphs.

6.     All reports and related documents relating to any issue in this lawsuit which have been prepared by experts that you intend to call as witnesses in this cause.

7.     All statements taken from any agents or employees of Defendant regarding the incident sued upon.

Case 1:16-cv-21874-KMM Document 1-2 Entered on FLSD Docket 05/24/2016 Page 39 of 67
*CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

8. All photographs, diagrams, sketches or other documents depicting the scene of the alleged incident.

9. All photographs, diagrams, sketches or other documents depicting your injuries or damages.

10. All statements taken from any witnesses having knowledge regarding the facts and circumstances surrounding the happening of the incident complained of herein.

11. All documents pertaining to the sued-upon incident or your physical condition or damages.

12. All releases, "Mary Carter Agreements," and any other type of settlement documents between the Plaintiffs and any other party which may have been responsible for the damages claimed by the Plaintiffs.

13. All photographs, recordings, charts, graphs, sketches and any other documents or tangible items which you intend to use during the trial of this cause and which have not been produced in response to any of the preceding paragraphs.

14. All documents which you identify in response to Interrogatories served this date.

15. All documents which you contend support your compliance with all conditions precedent to bringing this action.

16. Your Medicare card.

17. Your Medicaid card.

18. Your Social Security Disability card.

19. Your Supplemental Security Income card.

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE 305.375.5151

Case 1:16-cv-21874-KMM   Document 1-2   Entered on FLSD Docket 05/24/2016   Page 40 of 67
*CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

20.   Your applications for Medicare or Medicaid benefits during the past 10 years.

21.   Your applications for Social Security benefits including but not limited to Social Security Disability and/or Supplemental Security Income benefits during the past 10 years.

22.   All Social Security award letters you have received during the past 10 years.

23.   All documents regarding any and all Medicare benefits identified in your Answer to Medicare Interrogatory No. 1.

24.   All documents regarding any and all Medicaid benefits identified in your Answer to Medicare Interrogatory No. 1.

25.   All documents regarding any and all Social Security Disability benefits identified in your Answer to Medicare Interrogatory No. 1.

26.   All documents regarding any and all Supplemental Security Income benefits identified in your Answer to Medicare Interrogatory No. 1.

27.   All documents regarding your current Medicare, Medicaid, Social Security Disability and/or Supplemental Security Income recipient status as identified in your Answer to Medicare Interrogatory No. 2.

28.   All documents and communications regarding any and all requests for hearing for Social Security Disability and/or Supplemental Security Income benefits identified in your Answer to Medicare Interrogatory No. 3.

29.   So that both parties can be in full compliance with all Medicare reporting and reimbursement requirements, a completed and executed CMS Form A-1 and authorization (A-2), attached.

Case 1:16-cv-21874-KMM   Document 1-2   Entered on FLSD Docket 05/24/2016   Page 41 of 67
*CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

30.     As to each type of insurance in force in favor of the Plaintiff, including, but not limited to, medical insurance, hospitalization insurance, Medicare, Medicaid, disability insurance, medical payments insurance, personal injury protection, health insurance and accident insurance:

    a.  Copies of each such contract or policy'

    b.  The Identification Card of each such contract policy;

    c.  The Declaration Sheet of each such contract or policy;

    d.  Each and every application for benefits made by the Plaintiff(s) under any of the polices, whether pertaining to the accident which is the subject of this litigation or not;

    e.  All records of payments, checks, check stubs, memos and correspondence relating to payments made under any of the policies referred to above; and

    f.  All documents reflecting billing codes including but not limited to ICD9 codes relating to Medicare coverage, treatment, and payments.

Respectfully submitted,

**R. A. CUEVAS, JR.**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By:

Rachel CG Walters
Assistant County Attorney
Florida Bar Number 817481
Telephone:   (305) 375-5151
Fax:         (305) 375-5634
Email:       walters@miamidade.gov

Page 9 of 16

Case 1:16-cv-21874-KMM  Document 1-2  Entered on FLSD Docket 05/24/2016  Page 42 of 67
*CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

BJACOBS@miamidade.gov

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by E-MAIL generated by the Florida Courts E-Filing Portal on **June 3, 2015** to: Jon A. Zepnick, Esquire, Jon A. Zepnick, PA, 1138 Lincoln Street, Hollywood, FL  33019.

Assistant County Attorney

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE 305.375.5151

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION AND RECORDS
## (HIPAA Compliant)

TO: _____

PATIENT: CUTHBERT HAREWOOD
D/O/B:
SOC. SEC.:

You, and any person associated with you, are authorized to furnish to: **Office of the County Attorney, suite 2810, 111 Northwest First Street, Miami, Florida 33128**, all medical, hospital, psychiatric, or other mental health treatment records, reports, x-rays, lab tests, bills, correspondence or other documentary or tangible items you may have regarding my mental or physical condition while under your observation or treatment, and to permit the examination of, and the copying of all or any records pertaining thereto. I understand that i may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment or payment, enrollment, or my eligibility for benefits.

This Authorization is valid through the completion of litigation styled CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER, 2015-008918 CA 01. Redisclosure of this information to a party other than the one designated above is forbidden without additional written authorization on my part. This facility is released and discharged of any liability and the undersigned will hold the facility harmless for complying with this "Authorization for Release of Medical Information."

_____
CUTHBERT HAREWOOD

STATE OF FLORIDA :
COUNTY OF MIAMI-DADE  :

THE FOREGOING instrument was acknowledged before me this _____ day of

_____, 2015, by _____ who is personally known to me or

who has produced _____ as identification and who did take an oath.

SWORN TO and subscribed before me
this _____ day of _____, 2015
Print_____
Sign _____
NOTARY PUBLIC, State of Florida at Large

My commission expires:

Form **4506**

(Rev. January 2012)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

OMB No. 1545-0429

► **Request may be rejected if the form is incomplete or illegible.**

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution.** *If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your IRS return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.*

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ► _____

   **Note.** *If the copies must be certified for court or administrative proceedings, check here* . . . . . . . . . . . . . . . . . . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

_____   _____   _____   _____

_____   _____   _____   _____

**8** **Fee.** There is a $57 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.**

**a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $

**b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . . . . . . |

**c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . . . . . | $

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note.** *For tax returns being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign
Here**

► Signature (see instructions)          Date

► Title (if line 1a above is a corporation, partnership, estate, or trust)

► Spouse's signature          Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 41721E          Form **4506** (Rev. 1-2012)

Form 4506 (Rev. 1-2012)

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506 and its instructions. Information about any recent developments affecting Form 4506, Form 4506T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

### Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

### Chart for all other returns

| If you lived in or your business was in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Louisiana, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on Lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections ▉▉▉▉▉ require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Products Coordinating Committee
SE:W:CAR:MP:T:M:S
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

## FORM A-1

The Centers for Medicare & Medicaid Services (CMS) is the federal agency that oversees the Medicare program. Many Medicare beneficiaries have other insurance in addition to their Medicare benefits. Sometimes Medicare is supposed to pay after the other insurance. However, if certain other insurance delays payment, Medicare may make a "conditional payment" so as not to inconvenience the beneficiary, and recover after the other insurance pays.

Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 (MMSEA), a new federal law that became effective January 1, 2009, requires that liability insurers (including self-insurers), no-fault insurers, and workers' compensation plans report specific information about Medicare beneficiaries who have other insurance coverage. This reporting is to assist CMS and other insurance plans to properly coordinate payment of benefits among plans so that your claims are paid promptly and correctly.

We are asking you to answer the questions below so that we may comply with this law.

Please review this picture of your Medicare card to determine if you Have, or have ever had, a similar Medicare card.



Section 1

| Are you presently, or have you ever been, enrolled in Medicare Park A or Part B? | | | | | | | | | | | | | | | | | | | | □ Yes | | | | □ No | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| If yes, please complete the following.  If no, proceed to Section II | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Full Name: (Please print the name exactly as it appears on your SSN or Medicare card if available) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medicare Claim Number: | | | | | | | | | | | | Date of Birth (Mo/Day/Year) | | | | | - | | | - | | | | | | |
| Social Security Number: (if Medicare Claim number is Unavailable) | | | | | | - | | | | - | | | | | | Sex: | | □ Female | | | | | □ Male | | |

Section II

I understand that the information requested is to assist the requesting insurance arrangement to accurately coordinate with Medicare and to meet its mandatory reporting obligations under Medicare law.

_____        _____
Claimant Name (Please Print)                              Claim Number

_____
Name of person Completing This Form If Claimant is Unable (Please Print)

_____        _____
Signature of Person Completing This Form                Date

*If you have completed Sections I and II above, stop here.  If you are refusing to provide the information requested in Sections I and II, proceed to Section III.*

_____

# FORM A-1

## Section III

_____        _____
Claimant Name (Please Print)                       Claim Number

For the reason(s) listed below, I have not provided the information requested. I understand that if I am a Medicare beneficiary and I do not provide the requested information, I may be violating obligations as a beneficiary to assist Medicare in coordinating benefits to pay my claims correctly and promptly.

**Reason(s) for Refusal to Provide Requested Information:**

_____

_____

_____

_____

_____        _____
Signature of Person Completing This Form          Date

FORM A-2

# *Authorization to Release Information*

NAME: _____

(if applicable, exactly as shown on your Medicare card)

SOCIAL SECURITY NUMBER: _____

MEDICARE NUMBER (HICN):_____

(if applicable, the number on your Medicare card)

DATE OF BIRTH:_____

DATE OF INJURY/ILLNESS:_____

In compliance with the Federal Privacy Act of 1974 and the HIPAA Privacy Rule, the undersigned authorizes the Centers for Medicare &Medicaid Services (CMS), and their contractors, to release to

_____

or its/their designee(s), agent(s) and representative(s) (collectively "the Company") any and all information concerning conditional payments made by Medicare resulting from the personal injury/illness, which occurred/was diagnosed on or about the date listed above.

The undersigned also hereby authorizes the Company to disclose my personal·information (including but not limited to my Social Security number) and information related to my injury/illness and any settlement for the specified injury/illness to CMS and its contractors.

The undersigned also hereby authorizes the Company to disclose my Social Security number to the Social Security Administration to determine social security benefits (for the purposes of determining Medicare eligibility).

This form expires in three years from the date of execution; however, I understand that I may revoke this "Authorization to Release Information" at any time.

SIGNED: _____    DATE: _____

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CUTHBERT HAREWOOD,                          GENERAL JURISDICTION DIVISION

       Plaintiff(s),                          CASE NO. 2015-008918 CA 01

v.

MIAMI-DADE COUNTY and POLICE
OFFICER JOHN ALEXANDER,

          Defendant(s).

## NOTICE OF APPEARANCE

Assistant County Attorney Jennifer L. Hochstadt hereby notifies the Court and all

counsel of record of its appearance in this matter as counsel on behalf of Defendant

Miami-Dade County, and respectfully requests that all future notices, correspondence,

orders, and pleadings be directed to them at the address indicated below.

## DESIGNATION OF E-MAIL ADDRESSES

Pursuant to Florida Rule of Judicial Administration 2.516, undersigned counsel

hereby designates its primary and secondary e-mail addresses for purposes of e-mail

service as follows:

Primary e-mail address: **hochsta@miamidade.gov**

Secondary e-mail address: **Lagarri@miamidade.gov**

*CUTHBERT HAREWOOD v. MIAMI DADE COUNTY and POLICE OFFICER JOHN ALEXANDER*
*Case No. 2015-008918 CA 01*

Respectfully submitted,

**ABIGAIL PRICE-WILLIAMS**
Miami-Dade County Attorney
*Attorney for Defendant Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: /s/Jennifer L. Hochstadt
    Jennifer L. Hochstadt
    Assistant County Attorney
    Florida Bar Number: 56035
    Telephone:    305-375-5151
    Fax:          305-375-5611
    Email:        Hochsta@miamidade.gov
                  Lagarri@miamidade.gov

### CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by E-MAIL generated by the

Florida Courts E-Filing Portal on **November 3, 2015** to: Jon A. Zepnick, Esquire, Jon A.

Zepnick, PA, 1138 Lincoln Street, Hollywood, FL 33019.

/s/Jennifer L. Hochstadt
Assistant County Attorney

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

CUTHBERT HAREWOOD,

      Plaintiff,                                  CASE NO.: 2015-008918 CA 01

v.

MIAMI DADE COUNTY,

      Defendant.
_____/

## NOTICE OF ANSWERS TO INTERROGATORIES

    Plaintiff, CUTHBERT HAREWOOD,, by and through undersigned counsel and pursuant to

Rule 1.340 of the Florida Rules of Civil Procedure, hereby gives Notice of Service of his

Verified Answers to Interrogatories this 25th day of December, 2015.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk for E-
Service (without enclosures) this 25th day of December 2015 and emailed to Jennifer
Hochstadt, Esq., Miami Dade County Attorney at hochsta@miamidade.gov and
lagarri@miamidade.gov.

                    **JON A. ZEPNICK, PA**
                    Attorney for Plaintiff
                    1138 Lincoln Street
                    Hollywood FL 33019
                    (954) 589-1710
                    (954) 589-1004-Fax
                    Makethecall03@aol.com
                    /s/ *Jon A. Zepnick Esq*
                    Fla Bar No.: 0586951

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

CUTHBERT HAREWOOD,

        Plaintiff,                                   CASE NO.: 2015-008918 CA 01

v.

MIAMI DADE COUNTY,

        Defendant.

_____/

## RESPONSE TO REQUEST FOR PRODUCTION

    Plaintiff, CUTHBERT HAREWOOD,, by and through undersigned counsel and pursuant to

Rule 1.350 of the Florida Rules of Civil Procedure, hereby responds to the Defendants Request

for Production as follows:

1. Objection. Relevance. Plaintiff is not claiming loss of earnings or earning capacity.

2. Attached.

3. None in possession of Plaintiff.

4. None in possession of Plaintiff. Plaintiff reserves the right to supplement/amend this
   response as discovery continues.

5. None in possession of Plaintiff. Plaintiff reserves the right to supplement/amend this
   response as discovery continues.

6. Attached.

7. None.

8. See attached DVD recording.

9. None.

10. None.

11. See response to #2.

12. None.

13. None.

14. See attached hospital records.

15. Attached.

16. None.

17. None.

18. None.

19. None.

20. None.

21. None.

22. None.

23. None.

24. None.

25. None.

26. None.

27. None.

28. None.

29. Have requested, will provide. See attached HIPAA compliant authorization.

30. See attached from Miami Dade Public Schools.

gives Notice of Service of his Verified Answers to Interrogatories this **25**[th] day of December, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk for E-Service (without enclosures) this **1**<sup>st</sup> day of February, 2016 and emailed to Jennifer Hochstadt, Esq., Miami Dade County Attorney at hochsta@miamidade.gov and lagarri@miamidade.gov.

**JON A. ZEPNICK, PA**
Attorney for Plaintiff
1138 Lincoln Street
Hollywood FL 33019
(954) 589-1710
(954) 589-1004-Fax
Makethecall03@aol.com
/s/ *Jon A. Zepnick Esq*
Fla Bar No.: 0586951

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

CUTHBERT HAREWOOD,

        Plaintiff,

CASE NO.: 2015-008918 CA 01

v.

MIAMI DADE COUNTY,

        Defendant.

_____/

## NOTICE OF SERVICE OF INTERROGATORIES

Plaintiff, CUTHBERT HAREWOOD,, by and through undersigned counsel and pursuant to

Rule 1.340 of the Florida Rules of Civil Procedure, hereby gives Notice of Service of

Interrogatories upon Miami Dade County to be answered under oath and within the time and

manner set forth by law this **11th** day of March, 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk for E-
Service (without enclosures) this 11th day of March, 2016 and emailed to Jennifer Hochstadt,
Esq., Miami Dade County Attorney at hochsta@miamidade.gov and lagarri@miamidade.gov.

        **JON A. ZEPNICK, PA**
        Attorney for Plaintiff
        1138 Lincoln Street
        Hollywood FL 33019
        (954) 589-1710
        (954) 589-1004-Fax
        Makethecall03@aol.com
        /s/ *Jon A. Zepnick Esq*
        Fla Bar No.: 0586951

## INTERROGATORIES TO DEFENDANT MIAMI DADE COUNTY

**If answering for another person or entity, answer with respect to that person or entity, unless otherwise indicated.**

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2. Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in Plaintiff's Complaint detailing as to each policy the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

3. Describe in detail how the incident in the Complaint happened, including all actions taken by you and/or your employees to prevent the incident.

4. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

5. State the facts upon which you rely for each affirmative defense in your Answer.

6. Do you contend any person or entity other than you is, or may be liable in whole or in part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

7. Were you and/or your employees, servants or agents charged with any violation of law (including regulations or ordinances) arising out of the incident described in the Complaint? If so, state the nature of the charge, the plea, and the disposition.

8. List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge.

9. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who heard it, and the date, time and place and substance of each statement.

10. State the name and address of every person known to you, your agents or your attorneys who has knowledge about, or possession, custody or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

11. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and address of the witness, the witness's qualifications as an expert, the subject matter upon which the expert is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

12. Please provide the name of each police officer who was present during this incident.

13. Please provide the name of each police officer who had verbal communication with the Plaintiff during this incident.

14. In chronological order, please state specifically and in detail the exact sequence of events that occurred on July 20, 2013, leading up to and including the tasing of the Plaintiff.


X_____
                    AFFIANT


STATE OF FLORIDA

COUNTY OF

The foregoing instrument was acknowledged before me this    day of

2014 by_____ who is personally known to me or who has produced

_____ as identification and who did/did not take an oath and who, after first being duly sworn, deposes and says that the foregoing Answers to Interrogatories are true and correct to the best of his/her knowledge and belief.

SWORN TO AND SUBSCRIBED TO BEFORE ME

This _____ day of _____ 2016

.

_____
   Notary Public

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2015-008918-CA-01

CUTHBERT HAREWOOD,

    Plaintiffs,

v.

MIAMI-DADE COUNTY, a political
subdivision of the State of Florida, and
JOHN ALEXANDER,

    Defendants.

_____/

## NOTICE OF APPEARANCE AND STIPULATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF CUTHBERT HAREWOOD

NOTICE IS HEREBY GIVEN that Plaintiff Cuthbert Harewood and undersigned counsel

stipulate to withdraw Jon A. Zepnick, P.A. and substitute Hilton Napoleon, II, Esq. of Rasco Klock

Perez and Nieto, P.L. as counsel of record for the Plaintiff in this matter. A proposed Order is

attached as Exhibit A.

| | |
|---|---|
| **RASCO KLOCK PEREZ & NIETO, P.L.** | **JON A. ZEPNICK, P.A.** |
| 2555 Ponce de Leon Blvd., Suite 600 | 1138 Lincoln Street |
| Coral Gables, Florida 33134 | Hollywood, FL 33019 |
| Tel: (305) 476-7100 | Tel: (954) 589-1710 |
| Fax: (305) 476-7102 | Fax: (954) 589-1004 |

By: /s/ HiltonNapoleon, II

    Hilton Napoleon, II
    Florida Bar No. 17593
    hnapoleon@rascoklock.com

By: /s/ Jon A. Zepnick

    Jon A. Zepnick
    Florida Bar No. 586951
    makethecall03@aol.com

Date: March 16, 2016

Date: March 16, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 16th day of March, 2016 via the Florida Courts E-Filing Portal, which will serve a copy via e-mail upon the following counsel of record: Rachael Walters, Esq., walters@miamidade.gov and Jennifer Hochstadt, Esq., hochsta@miamidade.gov.

Respectfully submitted,

**RASCO KLOCK PEREZ & NIETO, P.L.**
*Attorneys for Plaintiff Cuthbert Harewood*
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: (305) 476-7100
Facsimile: (305) 476-7102

By: ___/s/ Hilton Napoleon, II_____
       Hilton Napoleon, II
       Florida Bar No. 17593
       hnapoleon@rascoklock.com

2

Rasco Klock Perez & Nieto, P.L., 2555 Ponce de Leon Blvd., Suite 600,     Coral Gables, Florida 33134, Telephone: (305) 476-7100

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2015-008918-CA-01

CUTHBERT HAREWOOD,

     Plaintiffs,

v.

MIAMI-DADE COUNTY, a political
subdivision of the State of Florida, and
JOHN ALEXANDER,

     Defendants.

_____/

## ORDER SUBSTITUTING COUNSEL FOR PLAINTIFF
## CUTHBERT HAREWOOD

THIS CAUSE came before the Court on a Stipulation for Substitution of Counsel for Plaintiff Cuthbert Harewood, and the Court having reviewed the Stipulation and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Hilton Napoleon, II, Esq. of the law firm of Rasco Klock Perez & Nieto, is hereby substituted as counsel of record for the Plaintiff in this matter. Jon A. Zepnick, P.A. have withdrawn from representation in this matter and shall have no further responsibility in this matter, effective immediately. Copies of all pleadings, notices and other papers filed in this matter shall be forwarded to counsel for the Plaintiff: Hilton Napoleon, II, Esq., Rasco Klock Perez & Nieto 2555 Ponce de Leon Blvd., Suite 600, Coral Gables, Florida 33134, Telephone: (305) 476-7100; Facsimile: (305) 476-7102; E-mail: hnapoleon@rascoklock.com.

DONE AND ORDERED at Miami-Dade County, Florida this _____ day of _____, 2016.

_____
CIRCUIT COURT JUDGE
MONICA GORDO

Copies furnished to:

Hilton Napoleon, II (hnapoleon@rascoklock.com)
Jon A. Zepnick (makethecall03@ao.com)
Rachael Walters, Esq. (walters@miamidade.gov)
Jennifer Hochstadt, Esq. (hochstadt@miamidade.gov)

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 2015-008918-CA-01

CUTHBERT HAREWOOD,

     Plaintiffs,

v.

MIAMI-DADE COUNTY, a political
subdivision of the State of Florida, and
JOHN ALEXANDER,

     Defendants.

_____/

## ORDER SUBSTITUTING COUNSEL FOR PLAINTIFF
## CUTHBERT HAREWOOD

THIS CAUSE came before the Court on a Stipulation for Substitution of Counsel for

Plaintiff Cuthbert Harewood, and the Court having reviewed the Stipulation and being otherwise

fully advised in the premises, it is

ORDERED AND ADJUDGED that Hilton Napoleon, II, Esq. of the law firm of Rasco

Klock Perez & Nieto, is hereby substituted as counsel of record for the Plaintiff in this matter.

Jon A. Zepnick, P.A. have withdrawn from representation in this matter and shall have no further

responsibility in this matter, effective immediately. Copies of all pleadings, notices and other

papers filed in this matter shall be forwarded to counsel for the Plaintiff: Hilton Napoleon, II,

Esq., Rasco Klock Perez & Nieto 2555 Ponce de Leon Blvd., Suite 600, Coral Gables, Florida

33134, Telephone: (305) 476-7100; Facsimile: (305) 476-7102; E-mail:

hnapoleon@rascoklock.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 03/17/16.

_____

MONICA GORDO
CIRCUIT COURT JUDGE

| No Further Judicial Action Required on THIS MOTION |
| CLERK TO RECLOSE CASE IF POST JUDGMENT |

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

Copies furnished to:

Hilton Napoleon, II (hnapoleon@rascoklock.com)
Jon A. Zepnick (makethecall03@ao.com)
Rachael Walters, Esq. (walters@miamidade.gov)
Jennifer Hochstadt, Esq. (hochstadt@miamidade.gov)