UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21874-CIV-MOORE/MCALILEY

CUTHBERT HAREWOOD

    Plaintiff,

v.

MIAMI-DADE COUNTY, a political
Subdivision of the State of Florida and JOHN
ALEXANDER, a resident of the State of
Florida,

    Defendants.
_____/

## NOTICE OF FILING SECOND AMENDED COMPLAINT

In support of the Notice of Removal filed by Defendant Miami-Dade County (the "County") [ECF No. 1], the County hereby files the Second Amended Complaint. Although the County attached all relevant state court filings to its Notice of Removal, the Second Amended Complaint still has not appeared on the electronic state court docket. Accordingly, the County hereby files the Second Amended Complaint, attached as Exhibit 1, which was served via the Florida Courts E-Filing Portal on May 19, 2016.

Dated: May 20, 2016

                          Respectfully submitted,

                          ABIGAIL PRICE-WILLIAMS
                          Miami-Dade County Attorney
                          Stephen P. Clark Center
                          111 N.W. 1st Street, Suite 2810
                          Miami, Florida  33128

                          By: _s/ Jennifer L. Hochstadt_____
                                Jennifer L. Hochstadt
                                Assistant County Attorney

Florida Bar No. 56035
e-mail: Hochsta@miamidade.gov
Telephone: (305) 375-5151
Facsimile: (305) 375-5611

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via ECF on this 25th day of May, 2016 to all parties on the service list.

/s/ *Jennifer L. Hochstadt*
Jennifer L. Hochstadt
Assistant County Attorney

## SERVICE LIST

**Hilton Napoleon, II, Esq.**
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 6000
Coral Gables, Florida 33134
Phone: (305) 476-7111
Fax: (305) 675-7707
Email: hnapoleon@rascoklock.com
*Attorney for Plaintiff, Cuthbert Harewood*