UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21874-CIV-MOORE/MCALILEY

CUTHBERT HAREWOOD

    Plaintiff,

v.

MIAMI-DADE COUNTY, a political
Subdivision of the State of Florida and JOHN
ALEXANDER, a resident of the State of
Florida,

    Defendants.

---

### DEFENDANT MIAMI-DADE COUNTY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendant Miami-Dade County, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7.1(a)(1)(J) of the Local Rules for the Southern District of Florida, requests an extension of time to respond to the Second Amended Complaint for the reasons stated below.

1.    The present case originated in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County and involved state law claims for excessive force/battery and false arrest against the County only.

2.    On May 19, 2016, Plaintiff Cuthbert Harewood filed a Second Amended Complaint [ECF No. 4-1] purporting to state a variety of federal claims against the County **and** John Alexander, an employee of the Miami-Dade County Police Department.

3.    The County was served with the Second Amended Complaint on May 19, 2016 via the Florida Courts E-Filing Portal.

CASE NO.: 16-21874-MOORE/MCALILEY

4. On May 24, 2016, the County filed a Notice of Removal [ECF No. 1] removing the present action to the United States District Court for the Southern District of Florida.

5. As such, the County's response to the Complaint is currently due on May 31, 2016, pursuant to Fed. R. Civ. P. 81(c)(2)(C).

6. Ultimately, the undersigned may represent all of the defendants herein. This, however, cannot be determined until the individual defendant is properly served and he has the opportunity to seek representation and meet with counsel.

7. In the interest of judicial economy, instead of filing multiple responses to the Complaint at different times, the County requests that all responses to the Second Amended Complaint be filed simultaneously.

8. The County asks the Court to extend the time to file responses for *all* defendants until twenty-one (21) days after the last named defendant is properly served.

9. This motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice the parties nor unduly delay the proceedings in this matter. In fact, the simultaneous filing of all responses to the Complaint will prevent piecemeal litigation and may facilitate the Court in resolving or disposing of many of the claims at one time.

10. In accordance with the requirements of Local Rule 7.1(a)(3), undersigned has conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel agreed to the requested extension of time. In compliance with Local Rule 7.1(a)(2), a proposed Order accompanies this motion.

WHEREFORE, Defendant Miami-Dade County respectfully requests that the Court enter the attached Order extending the time to respond to the Complaint in accordance with the relief requested above.

CASE NO.: 16-21874-MOORE/MCALILEY

Dated: May 26, 2016.

        Respectfully submitted,

        ABIGAIL PRICE-WILLIAMS
        Miami-Dade County Attorney
        Stephen P. Clark Center
        111 N.W. 1st Street, Suite 2810
        Miami, Florida 33128

        By: *s/ Jennifer L. Hochstadt*
           Jennifer L. Hochstadt
           Assistant County Attorney
           Florida Bar No. 56035
           Telephone: (305) 375-5151
           Facsimile: (305) 375-5611
           E-mail: hochsta@miamidade.gov

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

In accordance with the requirements of Local Rule 7.1(a)(3), undersigned has conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel agreed to the requested extension of time.

        /s/ *Jennifer L. Hochstadt*
        Jennifer L. Hochstadt
        Assistant County Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

        /s/ *Jennifer L. Hochstadt*
        Jennifer L. Hochstadt
        Assistant County Attorney

CASE NO.: 16-21874-MOORE/MCALILEY

## SERVICE LIST

Hilton Napoleon, II, Esq.
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Email: hnapoleon@rascoklock.com
*Served via CM/ECF*