UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21874-CIV-MOORE/MCALILEY

CUTHBERT HAREWOOD

    Plaintiff,

v.

MIAMI-DADE COUNTY, a political
Subdivision of the State of Florida and JOHN
ALEXANDER, a resident of the State of
Florida,

    Defendants.

_____

**ORDER GRANTING DEFENDANT MIAMI-DADE COUNTY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

This matter comes before the Court on Defendant Miami-Dade County's *Unopposed* Motion for Extension of Time to Respond to Second Amended Complaint (the "Motion"), which was filed on May 26, 2016 [ECF No. ____].

Upon due consideration, and the Court having been duly advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is hereby **GRANTED**; and

2. All defendants shall file their responses to the Complaint within twenty-one (21) days after the last named defendant is properly served with process.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida on this ____ day of February, 2016.

                                                                _____
                                                                 K. MICHAEL MOORE
                                                                 CHIEF UNITED STATES DISTRICT JUDGE