UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21874-MOORE/MCALILEY

CUTHBERT HAREWOOD

    Plaintiff,

v.

MIAMI-DADE COUNTY, a political
Subdivision of the State of Florida and JOHN
ALEXANDER, a resident of the State of
Florida,

    Defendants.

---

**DEFENDANT JOHN ALEXANDER'S MOTION TO COMPEL
PLAINTIFF TO RESPOND TO DEFENDANT'S REQUEST
FOR PRODUCTION AND INTERROGATORIES**

    Pursuant to Rules 26, 33, 34 and 37 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules for the Southern District of Florida, Defendant John Alexander ("Alexander"), requests that the Court compel Plaintiff, Cuthbert Harewood ("Plaintiff"), to provide responses to Defendant's Requests for Production and First Set of Interrogatories.

    1.    Alexander served Plaintiff with a First Set of Interrogatories and Request for Production on September 19, 2016 (copies of the interrogatories and requests are attached to this motion as Composite Exhibit A).  In accordance with Rules 33(b)(2) and 34(b)(2)(A) of the Federal Rules of Civil Procedure, Plaintiff's responses to the interrogatories and requests were due on or before October 19, 2016.

    2.    When Plaintiff requested additional time to produce his responses to discovery, undersigned agreed to the requested extension, until October 25, 2016.

3. On October 26, 2016, not having received <u>any</u> discovery, the undersigned reached out to Plaintiff's counsel via email, inquiring as to the status of the discovery responses. This email was not returned.

4. That same day, undersigned then called opposing counsel to discuss the status of the discovery responses. Plaintiff's counsel would not provide a date-certain for the production of the requested discovery.

5. Notwithstanding the failure to timely produce the responses, undersigned provided Plaintiff an ***additional*** three days within which to provide discovery responses, extending the deadline to October 28, 2016 at 5:00 p.m. In response, Plaintiff's counsel wrote, "Please feel free to file your motion [to compel] and we will file the appropriate response."

6. To date, Plaintiff has not produced the requested documents or answered the interrogatories.

7. Plaintiff's refusal to provide the discovery responses forced the undersigned to twice cancel a previously-scheduled deposition.

8. With the impending December 23, 2016 discovery deadline, Plaintiff's failure to timely respond to the propounded discovery is highly prejudicial. Indeed, without responses to discovery, Alexander has been unable to thoroughly prepare for or take depositions, identify areas of interest which may require expert testimony, or issue third-party subpoenas to any physicians or facilities not otherwise disclosed in Plaintiff's Initial Disclosures. Accordingly, an order compelling responses to Alexander's interrogatories and requests for production should be entered by the Court.

9. Plaintiff's failure to respond to Alexander's First Set of Interrogatories and Requests for Production necessitated this motion. As a result, Defendant requests an award of

reasonable expenses, including attorneys' fees, against Plaintiff pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure for having to file this motion.

Dated: October 28, 2016

>Respectfully submitted,
>
>**ABIGAIL PRICE-WILLIAMS**
>Miami-Dade County Attorney
>*Attorney for Defendants*
>Stephen P. Clark Center
>111 N.W. 1st Street, Suite 2810
>Miami, Florida  33128
>
>By:  s/ *Jennifer L. Hochstadt*
>       Jennifer L. Hochstadt
>       Assistant County Attorney
>       Florida Bar No. 56035
>       e-mail: hochsta@miamidade.gov
>       Phone: (305) 375-5151
>       Fax:  (305) 375-5611

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Rule 7.1(a)(3) of the Local Rules of the Southern District of Florida, undersigned counsel certifies that she has conferred with opposing counsel by e-mail and telephone in a good faith effort to resolve by agreement the issues raised in this motion and states that Plaintiff's counsel cannot provide a date certain for the delivery of responses to discovery requests.

>  s/ *Jennifer L. Hochstadt*
>Assistant County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, a true and correct copy of the foregoing was served on all counsel of record in the manner indicated on the Service List below.

 *s/ Jennifer L. Hochstadt*
Assistant County Attorney

## SERVICE LIST

| **Counsel for Plaintiff** | **Counsel for Defendants** |
|---|---|
| Hilton Napoleon, Esq. | Jennifer L. Hochstadt |
| e-mail: hnapoleon@rascoklock.com | e-mail: hochsta@miamidade.gov |
| RASCO KLOCK PEREZ NIETO | Miami-Dade County Attorney's Office |
| 2555 Ponce de Leon Blvd., Suite 600 | Stephen P. Clark Center |
| Coral Gables, Florida 33134 | 111 N.W. 1st Street, Suite 2810 |
| Tel: (305) 476-7111 | Tel: (305) 375-5151 |
| Fax: (305) 675-7707 | Fax: (305) 375-5611 |
| | |
| *Electronic service via CM/ECF* | *No service necessary* |