UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21874-CIV-MOORE/MCALILEY

CUTHBERT HAREWOOD

    Plaintiff,

v.

MIAMI-DADE COUNTY, a political
Subdivision of the State of Florida and JOHN
ALEXANDER, a resident of the State of
Florida,

    Defendants.

_____

**DEFENDANT MIAMI-DADE COUNTY'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS**

Defendant Miami-Dade County (the "County"), pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7.1(a)(1)(J) of the Local Rules for the Southern District of Florida, requests an extension of time to respond to Plaintiff's First Request for Admissions for the reasons stated below.

1. Plaintiff, Cuthbert Harewood ("Plaintiff"), brings this action against the County and Miami-Dade Police Officer John Alexander ("Ofc. Alexander"). The Complaint raises seven (7) claims, four (4) of which are brought against the County, including: (1) municipal liability claims under 42 U.S.C. § 1983 (Counts I and II), (2) a state law claim for false arrest/imprisonment (Count III); and (3) a state law claim for battery (Count IV). *See* (DE 4-1).

2. On June 14, 2016, the County filed a Motion to Dismiss the Complaint (DE 11), which is currently pending before this Court.

3. Ofc. Alexander answered the Complaint on August 5, 2016. *See* (DE 26).

4. On September 27, 2016, Plaintiff served Plaintiff's First Request for Admissions to Defendant Miami-Dade County, attached hereto as Exhibit 1.

5. The County has since moved for an order staying discovery – as to the County only – until after the resolution of its Motion to Dismiss. *See* (DE 29). This motion became ripe as of October 31, 2016, and is currently pending before this Court.

6. Even though the County has filed a motion to stay discovery, in an abundance of caution, on Wednesday, October 26, 2016, undersigned conferred with Plaintiff's counsel regarding an extension of time by which to respond to the First Request for Admission. At that point, Plaintiff's counsel agreed, in writing, to provide the County through and until 20 days after the Court rules upon the Motion to Stay Discovery by which to respond to the First Request for Admissions.

7. The next day, Plaintiff's counsel revoked the agreement, and asked that the County provide responses to the First Request for Admissions by November 1, 2016.

8. Where Plaintiff's counsel arbitrarily changed his position regarding a previously agreed to extension of time, the County is now forced to seek judicial intervention to obtain an extension of time by which to respond to Plaintiff's First Request for Admissions.

9. Although the County's motion to stay discovery is currently pending, and may otherwise protect the County from having to respond to the Request for Admissions, the County nevertheless asks the Court for a formal Order extending the time by which the County must respond to Plaintiff's Request for Admissions until 20 days after the Court rules upon the motion to stay discovery, or 20 days after the stay is lifted.

10. This motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice the parties nor unduly delay the proceedings in this matter.

11. In accordance with the requirements of Local Rule 7.1(a)(3), undersigned has conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel <u>objects</u> to the requested extension of time. In compliance with Local Rule 7.1(a)(2), a proposed Order accompanies this motion.

WHEREFORE, Defendant Miami-Dade County respectfully requests that the Court enter the attached Order extending the time by which the County must respond to Plaintiff's First Request for Admissions in accordance with the relief requested above.

Dated: November 1, 2016

>
> Respectfully submitted,
>
> ABIGAIL PRICE-WILLIAMS
> Miami-Dade County Attorney
> Stephen P. Clark Center
> 111 N.W. 1st Street, Suite 2810
> Miami, Florida 33128
>
> By: *s/ Jennifer L. Hochstadt*
>   Jennifer L. Hochstadt
>   Assistant County Attorney
>   Florida Bar No. 56035
>   Telephone: (305) 375-5151
>   Facsimile: (305) 375-5611
>   E-mail: hochsta@miamidade.gov

**CERTIFICATE OF GOOD FAITH CONFERENCE**

In accordance with the requirements of Local Rule 7.1(a)(3), undersigned has conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel objects to the relief requested herein.

>
> /s/ *Jennifer L. Hochstadt*
>   Jennifer L. Hochstadt
>   Assistant County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, a true and correct copy of the foregoing was served on all counsel of record in the manner indicated on the Service List below.

/s/ *Jennifer L. Hochstadt*
Jennifer L. Hochstadt
Assistant County Attorney

## SERVICE LIST

**Counsel for Plaintiff**
Hilton Napoleon, II, Esq.
Email: hnapoleon@rascoklock.com
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Tel: (305) 476-7111
Fax: (305) 675-7707

*Electronic service via CM/ECF*

**Counsel for Defendants**
Jennifer L. Hochstadt
e-mail: hochsta@miamidade.gov
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Tel: (305) 375-5151
Fax: (305) 375-5611

*No Service Necessary*