UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21874-CIV-MOORE/MCALILEY

CUTHBERT HAREWOOD,

    Plaintiff,

v.

JOHN ALEXANDER, et al.

    Defendants.

_____/

## ORDER FOLLOWING DISCOVERY CONFERENCE

On November 17, 2016, the Court held a discovery conference on Defendant John Alexander's Motion to Compel Plaintiff to Respond to Defendant's Request for Production and Interrogatories. [DE 31]. The Court has considered the record, as well as the argument of counsel during the discovery conference. For the reasons stated at the conference, which are incorporated in this Order, the Court ORDERS as follows:

Plaintiff's Motion to Compel [DE 31], is **GRANTED in part** as follows:

1.     **No later than November 28, 2016**, Plaintiff shall serve his responses to the written discovery. Prior to that date, the parties shall meet and confer in an effort to reach agreement about any disputes regarding that discovery.

2. The motion is otherwise denied.

DONE AND ORDERED in chambers at Miami, Florida this 17th day of November, 2016.

*/s/ Chris McAliley*
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable K. Michael Moore
Counsel of Record